**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00067-REB-CBS

FLAGSTAR BANK, FSB, a federally-chartered savings bank, and
IMPAC WAREHOUSE LENDING GROUP, INC., a California corporation,

    Plaintiffs,

v.

FIRST COLLATERAL SERVICES, INC., a Delaware corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    First Collateral's Unopposed Motion for Leave to File Over-Length Motion to Dismiss [#17], filed February 9, 2006, is GRANTED and defendant is permitted to file an over-length motion to dismiss.

Dated:  February 9, 2006
-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.