IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00067-REB-CBS

FLAGSTAR BANK, FSB,
a federally-chartered savings bank, and
IMPAC WAREHOUSE LENDING GROUP, INC.,
a California corporation,

      Plaintiffs,

v.

FIRST COLLATERAL SERVICES, INC., a Delaware corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pending before the court is a Motion to Withdraw filed by Brian L. Duffy of the law firm of Greenberg Traurig, LLP (filed February 28, 2006; *doc. no. 26*).  It is hereby **ORDERED** that the instant motion is **GRANTED.**

      Attorney Duffy is relieved of any further representation of Plaintiff in the above captioned matter.  The Clerk's Office is instructed to remove Mr. Duffy from the electronic certificate of mailing.

**DATED:**      March 3, 2006