**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00067-REB-CBS

FLAGSTAR BANK, FSB, a federally-chartered savings bank, and
IMPAC WAREHOUSE LENDING GROUP, INC., a California corporation,

    Plaintiffs,

v.

FIRST COLLATERAL SERVICES, INC., a Delaware corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    Plaintiffs' Motion for Leave to File its Response to Defendant's Motion to Dismiss in Excess of 15 Pages [#31], filed March 16, 2006, is GRANTED.

Dated: March 20, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.