**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00067-REB-CBS

FLAGSTAR BANK, FSB, a federally-chartered savings bank, and
IMPAC WAREHOUSE LENDING GROUP, INC., a California corporation,

      Plaintiffs,

v.

FIRST COLLATERAL SERVICES, INC., a Delaware corporation,

      Defendant.

### MINUTE ORDER[1]

      First Collateral's Unopposed Motion for Leave to File Over-Length Reply in Support of its Motion to Dismiss [#36], filed on March 24, 2006, is GRANTED.

Dated: March 27, 2006

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.